UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **November 14, 2009, Pacquaio/Cotto** Broadcast,

       Plaintiff,

-against-

JAMES LANGWORTHY and WILLIAM JAVIER CALLE, Individually, and as officers, directors, shareholders and/or principals of LA ROQUITA, LLC, d/b/a EL ROQUITA, a/k/a LA ROQUITA BAR & GRILL, a/k/a LA ROQUITA LATIN CUISINE, a/k/a LA ROQUITA,

and

LA ROQUITA, LLC, d/b/a EL ROQUITA, a/k/a LA ROQUITA BAR & GRILL, a/k/a LA ROQUITA LATIN CUISINE, a/k/a LA ROQUITA,

       Defendants.

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Civil Action No. 1:10-CV-04714

---

TO: HON. RONALD GUZMAN
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF ILLINOIS
    EASTERN DIVISION

Please enter default judgment against the following Defendants:

JAMES LANGWORTHY Individually, and as officer, director, shareholder and/or principal of LA ROQUITA, LLC, d/b/a EL ROQUITA, a/k/a LA ROQUITA BAR & GRILL, a/k/a LA ROQUITA LATIN CUISINE, a/k/a LA ROQUITA, and LA ROQUITA, LLC, d/b/a EL ROQUITA, a/k/a LA ROQUITA BAR & GRILL, a/k/a LA ROQUITA LATIN CUISINE, a/k/a LA ROQUITA, in the amount of Fifteen Thousand Dollars ($15,000.00) as awarded by this Court during a hearing on September 29, 2010.

Dated: September 26, 2011　　　　　　　　　　LONSTEIN LAW OFFICE, P.C.
　　　　　Ellenville, New York

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　　　　　Julie Cohen Lonstein
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　1 Terrace Hill; PO Box 351
　　　　　　　　　　　　　　　　　　　　　　　　Ellenville, NY 12428
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　845-647-8500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　 845-647-6277
　　　　　　　　　　　　　　　　　　　　　　　　Email: info@signallaw.com

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Sheldon S. Gomberg
　　　　　　　　　　　　　　　　　　　　　　　　Sheldon S. Gomberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Local Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　134 North La Salle Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 1208
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312)236-7414
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312)236-7919